UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERITA HORTON,<br><br>        Plaintiff,<br><br>   v.<br><br>AURORA LOAN SERVICES, LLC;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.; QUALITY LOAN<br>SERVICES CORP.; and DOES 1-100,<br>Inclusive,<br><br>        Defendants. | Case No. 2:12-CV-01810 JAM-JFM<br><br>ORDER DENYING PLAINTIFF'S<br>APPLICATION FOR TEMPORARY<br>RESTRAINING ORDER |

    This matter comes before the Court on Plaintiff Sherita Horton's ("Plaintiff") Ex Parte Application for Temporary Restraining Order (Doc. #6) ("TRO Application") asking the Court to stop Defendants' attempts to foreclose on her property today. Defendants Aurora Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., and Quality Loan Services Corp. (collectively, "Defendants") have not had an opportunity to respond to this eleventh hour TRO Application.

    The Court denies the TRO application. First, Plaintiff provides no showing of likelihood of success on the merits. See Winters v. Natural Resources Defense Council, Inc., 55 U.S. 20, 374

(2008) ("A plaintiff seeking a preliminary injunction must establish that [s]he is likely to succeed on the merits. . . ."). Second, Plaintiff provides no explanation as to why she is filing this TRO Application on the day of the foreclosure.  Pursuant to Local Rule 231(b), this Court is authorized to deny the TRO application should it find that the applicant unduly delayed in seeking injunctive relief.  In the instant case, the Court concludes that Plaintiff's unexplained delay in bringing her application for a TRO constitutes laches, especially since the Notice of Trustee's Sale was recorded on Plaintiff's property on or about June 10, 2010, providing her with ample time to mount a legal challenge to Defendants' loan and foreclosure practices.  On this ground the Court also denies the TRO Application.  Finally, Plaintiff's action is filed in the wrong court.  Pursuant to Local Rule 120(d), this action, which arises in Stanislaus County, should proceed in the Eastern District of California, United States District Court, sitting in Fresno, California.

ORDER

For the reasons set forth above,

Plaintiff's Application for a Temporary Restraining Order is DENIED and this action is transferred to the Eastern District of California, United States District Court, sitting in Fresno, California.

IT IS SO ORDERED.

Dated: July 10, 2012

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE